1

2

3

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 0 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION              BY DEPUTY

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,        )    Case No.: 5.17-CR- 00022-JGB

11

              Plaintiff,         )    ORDER OF DETENTION PENDING
                                 )    FURTHER REVOCATION
12                               )    PROCEEDINGS
                 v.              )    (FED. R. CRIM. P. 32.1(a)(6); 18
13                               )    U.S.C. § 3143(a)(1))
                                 )
14      *Noah Boone Comer*       )
                 Defendant.      )
15 _____)

16       The defendant having been arrested in this District pursuant to a warrant

17 issued by the United States District Court for the ___Central___ District of

18 ___California___ for alleged violation(s) of the terms and conditions of probation

19 or supervised release; and

20       Having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22 A. (X)   The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          (X)   information in the Pretrial Services Report and Recommendation

26          (X)   information in the violation petition and report(s)

27          (X)   the defendant's nonobjection to detention at this time

28          ( )   other: _____

                                    1

1   and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (X)   information in the Pretrial Services Report and Recommendation

7   (X)   information in the violation petition and report(s)

8   (X)   the defendant's nonobjection to detention at this time

9   ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  March 20, 2017

15   _____
    SHERI PYM
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2